JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MUHAMMED BHULAR, an individual,

Plaintiff,

vs.

WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:26-cv-01175-RGK-ADS

**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

**[15]**

Based upon the Stipulation of the Parties, and good cause appearing, the Court hereby orders as follows:

1. The matter of *Muhammed Bhular v. Wal-Mart Associates, Inc., et al.*, Case No. 2:26-cv-01175-RGK-ADS, is hereby dismissed *with prejudice*, effective upon the signing of this Order;

2. Each party shall bear their own attorneys' fees and costs.

All pending hearings and deadlines are vacated. The Clerk shall close this action.

IT IS SO ORDERED.

DATED: 9/15/2026

Hon. R. Gary Klausner
United States District Court Judge